IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES R. MALLES, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:12-cv-54-SJM-SPB |
| ) | |
| v. ) | |
| ) | |
| GOVERNOR OF PENNSYLVANIA ) | |
| ED RENDELL, or his successor, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM ORDER**

Plaintiff's complaint in this civil rights action was received by the Clerk of Court on February 23, 2012 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on June 25, 2012 [15], recommends that the Defendants' motion to dismiss the complaint [11] be granted and the case be dismissed. The Plaintiff filed objections to the Report and Recommendation [16] on July 2, 2012.

After de novo review of the complaint and documents in the case, together with the Report and Recommendation and Plaintiff's objections thereto, the following order is entered:

AND NOW, this 5th Day of July, 2012;

IT IS ORDERED that the Defendants' Motion to Dismiss Complaint [11] shall be, and hereby is, GRANTED, and the within case shall be marked "CLOSED."

The Report and Recommendation of Magistrate Judge Baxter, filed on June 25, 2012 [15], is adopted as the opinion of this Court.

                                                  s/ <u>Sean J. McLaughlin</u>

                                                       SEAN J. McLAUGHLIN
                                                       United States District Judge

cm:    All parties of record

       U.S. Magistrate Judge Susan Paradise Baxter